**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Robert Manuel Vega,** ) | **CV-12-617-TUC-DCB** |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| **Carondelet Health Network, et al.,** ) | |
| Defendants. ) | |

Magistrate Judge Rateau issued her Report and Recommendation on February 5, 2013, recommending that the District Court grant the pending motions in part and deny the pending motions in part, as follows: deny Defendants' Motion to Dismiss for Improper Venue, grant Defendants' Motion to Dismiss Carondelet, and grant Defendants' Motion to Transfer Venue to the Eastern District of Missouri. A copy was sent to all parties on February 5, 2013, notifying all parties that written objections must be filed within fourteen days of service. Fed.R.Civ.P. 72(b)(2). No objections to the Magistrate Judge's Report and Recommendation have been timely filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

**IT IS ORDERED** that Magistrate Judge Rateau's Report and Recommendation (Doc. 28) is **ACCEPTED** and **ADOPTED** by this Court as the findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that: 1) Defendants' Motion to Dismiss for Improper

| | |
|---|---|
| 1 | Venue (Doc. 18) is **DENIED**; 2) Defendants' Motion to Dismiss Carondelet (Doc. 18) is |
| 2 | **GRANTED** and Carondelet is dismissed as a party in this action; and 3) Defendants' Motion |
| 3 | to Transfer Venue (Doc. 18) to the Eastern District of Missouri is **GRANTED**. The Clerk's |
| 4 | Office is directed to transfer this action to the Eastern District of Missouri forthwith. |
| 5 | DATED this 28th day of February, 2013. |

David C. Bury
United States District Judge