UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT MANUEL VEGA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:13CV387 HEA |
| | ) |
| ASCENSION HEALTH and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., | ) |
| | ) |
|    Defendants, | ) |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that summary judgment is entered in favor of Defendant and against Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the decision of Defendants to deny Plaintiff's claim for long term disability benefits under the Plan herein is affirmed.

Dated this 6th day of February, 2014.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT MANUEL VEGA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:13CV387 HEA |
| | ) |
| ASCENSION HEALTH and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., | ) ) ) |
| | ) |
|     Defendants, | ) |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that summary judgment is entered in favor of Defendant and against Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the decision of Defendants to deny Plaintiff's claim for long term disability benefits under the Plan herein is affirmed.

Dated this 6th day of February, 2014.

                                                          _____
                                                          HENRY EDWARD AUTREY
                                           UNITED STATES DISTRICT JUDGE